UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4WEB, INC. v. 4WEB, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NUVASIVE, INC.,<br><br>Defendant. | Case No.: 24-CV-1021 JLS (MMP)<br><br>**ORDER GRANTING MOVANT'S MOTION TO WITHDRAW**<br><br>(ECF No. 142) |

Presently before the Court is Movant Robins Kaplan LLP's (the "Firm") Motion to Withdraw Rajin S. Olson ("Mot.," ECF No. 142). The Firm is the law firm that represents Plaintiffs 4WEB, Inc. and 4Web, LLC (collectively, "4Web") in this matter. Neither 4Web nor Defendant NuVasive, Inc. has filed a response to the Motion. *See generally* Docket.

"An attorney may not withdraw as counsel except by leave of court, and the decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court." *Beard v. Shuttermart of Cal., Inc.*, No. 07CV594WQH (NLS), 2008 WL 410694, at *2 (S.D. Cal. Feb. 13, 2008) (alterations, citations, and internal quotation marks omitted). "In ruling on a motion to withdraw as counsel, courts consider: (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Leatt Corp. v. Innovative Safety Tech.,*

1  *LLC*, No. 09-CV-1301-IEG (POR), 2010 WL 444708, at *1 (S.D. Cal. Feb. 2, 2010)
2  (citing *Beard*, 2008 WL 410694, at *2).
3      Here, good cause exists to grant the Firm's Motion. The Firm seeks to withdraw
4  Rajin S. Olson, one of half a dozen attorneys representing 4Web on behalf of the Firm, as
5  counsel and remove him from the CM/ECF service list. Mot. at 1. The Firm provides no
6  rationale motivating its request, but the Court finds a low risk of prejudice to other litigants
7  and an unlikelihood that Mr. Olson's withdrawal will adversely impact the administration
8  of justice or timely resolution of this matter.
9      Accordingly, the Court **GRANTS** the Firm's Motion (ECF No. 142). The Clerk of
10 the Court **SHALL** update the docket to reflect the withdrawal of Rajin S. Olson as counsel
11 for Plaintiffs and **SHALL** remove him from the CM/ECF service list for this matter.
12     **IT IS SO ORDERED.**
13 Dated: March 17, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge