1
2
3
4
5
6
7      UNITED STATES DISTRICT COURT
8      SOUTHERN DISTRICT OF CALIFORNIA
9
10  4WEB, INC. and 4WEB, LLC,                Case No.: 24-cv-1021-JLS-MMP
11                          Plaintiffs,
                                            **ORDER REQUIRING NUVASIVE**
12  v.                                      **TO FILE SUPPLEMENTAL**
                                            **RESPONSE TO RFP 67**
13  NUVASIVE, INC.,
                                            [ECF No. 250]
14                          Defendant.
15
16

17          On August 4, 2025, the Court denied 4WEB's motion to compel as to RFP 67

18  without prejudice and ordered NuVasive to (1) provide a declaration under oath confirming

19  after a diligent search and reasonable inquiry, no documents responsive to RFP 67 exist,

20  and (2) supplement its discovery responses to RFP 67 and Interrogatory 23 as agreed in its

21  opposition. ECF No. 233 at 19.

22          On August 19, 2025, NuVasive filed a declaration of Brian Kearns based on his

23  personal knowledge in which he represents, to the best of his knowledge, he is not aware

24  of any documents responsive to RFP 67. ECF No. 250.

25          The Court finds Mr. Kearns' declaration falls short of NuVasive's unequivocal

26  representation that "no documents responsive to RFP 67 exist." ECF No. 164 at 16. *See*

27  *Blackwell v. Climate Pros, LLC*, No. 20-cv-1968-KJM-CKD, 2021 WL 4942875, at *2

28  (E.D. Cal. Oct. 22, 2021) ("The primary purpose of Rule 34(b)(2)'s requirements is to

eliminate this guesswork—requiring responding parties to clearly state that responsive documents do not exist, have already been produced, or exist but are being withheld based on an objection.") (quotation marks and citation omitted); *Rogers v. Giurbino*, 288 F.R.D. 469, 485 (S.D. Cal. 2012) ("A party must make a reasonable inquiry to determine whether responsive documents exist, and if they do not, the party should so state with sufficient specificity to allow the Court to determine whether the party made a reasonable inquiry and exercised due diligence.") (quotation marks and citation omitted).

The Court, however, has not yet reviewed NuVasive's supplemental discovery response. Accordingly, no later than **September 2, 2025**, the Court **ORDERS** NuVasive to file its supplemental response to RFP 67.

**IT IS SO ORDERED**.

Dated:  August 29, 2025

HON. MICHELLE M. PETTIT
United States Magistrate Judge

.